1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUAN RAMIREZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-0093 LJO / SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; |
| v. | ) ) | ORDER THEREON |
| JUAN RAMIREZ-LOPEZ, | ) ) ) | |
| *Defendant.* | ) ) ) | Date: July 8, 2013 Time: 8:30 a.m. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Juan Ramirez-Lopez, that the status conference currently set for July 29, 2013 at 8:30 a.m., **may be advanced and rescheduled to July 8, 2013 at 8:30 a.m. for a change of plea hearing before Hon. Lawrence J. O'Neill.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea July 8, 2013.

///

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: June 19, 2013 | */s/ Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: June 19, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUAN RAMIREZ-LOPEZ |

**ORDER**

IT IS SO ORDERED.

Dated: **June 19, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

*Stipulation to Advance Hearing [PROPOSED ORDER]*     −2−